# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October, two thousand twenty-four.

Joaquin Archivaldo Guzman-Loera,

      Petitioner,

  v.

United States of America,

      Respondent.

**ORDER**
Docket No. 24-2160

Petitioner's Joaquin Archivaldo Guzman-Loera submission of an Acknowledgment and Notice of Appearance Form does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Acknowledgment and Notice of Appearance Form is stricken from the docket.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court